No. 96–9556. BAKHSHEKOOEI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9557. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9558. WILSON v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–9559. SMITH v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–9560. SINGLETON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–9561. HALL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9562. JONES v. LOUISIANA STATE BAR ASSN. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–9563. LLOYD v. UNITY MUTUAL LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 96–9564. MAUCHLIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9565. JACKSON v. KANTOLA ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–9566. TRUESDALE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9567. TUNG v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 96–9568. WILLIAMS v. TORREY. Ct. App. N. M. Certiorari denied.

No. 96–9569. VAN POYCK ET AL. v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96–9571. JAMES v. MINTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–9572. ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.